IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 7 |
| RONALD J. MEIER, | ) | |
| | ) | 07 B 11560 |
| Debtor. | ) | |
| | ) | |
| | ) | Honorable John D. Schwartz |

ORDER AND NOTICE

IT IS ORDERED AND NOTICE IS HEREBY GIVEN that on the Court's own Motion, a status hearing will be held in the above referenced case on July 15, 2008 at 10:00 a.m., in Courtroom 719, at 219 South Dearborn Street, Chicago, Illinois. Andrew J. Maxwell, Trustee, is directed to appear and inform the Court as to when he expects to file a final report in this case.

DATED: June 24, 2008                ENTERED:

_____
John D. Schwartz
United States Bankruptcy Judge